United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-17598-ref
Mark A Wisniewski                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 309I             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db             +Mark A Wisniewski,    11 Whitepine Gulch,    Reading, PA 19607-9546
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14011225        Ally Financial,    2000 Renaissance Center,    Detroit, MI 48243
14011228        Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
14011229       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CBNA,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
14011233        John M. Tinari, III,    11 Whitepine Gulch,    Reading, PA 19607-9546
14011236       +Synch/American Eagle Dc,    P.O. Box 965005,    Orlando, FL 32896-5005
14016649       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14019435       +Toyota Motor Credit Corporation,    as servicer for Toyota Lease Trust,
                 c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mjboyer@bhcb.com Dec 21 2017 01:42:16      MAHLON J. BOYER,
                 Bingaman Hess Coblentz & Bell PC,    2 Meridian Blvd.,    Suite 100,    Wyomissing, PA  19610
smg            +E-mail/Text: robertsl2@dnb.com Dec 21 2017 01:43:45      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2017 01:43:34       United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14016830        EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14011224        EDI: GMACFS.COM Dec 21 2017 01:38:00      Ally Financial,    Payment Processing Center,
                 P.O. Box 9001952,    Louisville, KY 40290-1952
14011226        EDI: BANKAMER.COM Dec 21 2017 01:38:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
14011227       +EDI: TSYS2.COM Dec 21 2017 01:38:00      Barclays Bank Delaware,    100 West Street,
                 Wilmington, DE 19801-5015
14011230       +EDI: CHASE.COM Dec 21 2017 01:38:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14011231       +EDI: WFNNB.COM Dec 21 2017 01:38:00      Comenitycap/Boscovs,    P.O. Box 183003,
                 Columbus, OH 43218-3003
14011232        EDI: DISCOVER.COM Dec 21 2017 01:38:00      Discover Financial Services, LLC,    P.O. Box 15316,
                 Wilmington, DE 19850
14018448        EDI: DISCOVER.COM Dec 21 2017 01:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany Ohio 43054-3025
14021885        EDI: AGFINANCE.COM Dec 21 2017 01:38:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14011234       +EDI: AGFINANCE.COM Dec 21 2017 01:38:00      Onemain,    P.O. Box 1010,
                 Evansville, IN 47706-1010
14024396        EDI: Q3G.COM Dec 21 2017 01:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14011235       +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/Amazon,    P.O. Box 965015,
                 Orlando, FL 32896-5015
14012612       +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14011237        EDI: TFSR.COM Dec 21 2017 01:38:00      Toyota Financial Services,    P.O. Box 4102,
                 Carol Stream, IL 60197-4102
14011238       +EDI: USAA.COM Dec 21 2017 01:38:00      USAA Federal Savings Bank,    10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
14021681       +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:43:43      USAA Federal Savings Bank,
                 C/O Weinstein & Riley, PS,    2001 Western Ave,    Suite 400,    Seattle, WA 98121-3132
14011239       +EDI: USAA.COM Dec 21 2017 01:38:00      USAA Savings Bank,    10750 McDermott,
                 San Antonio, TX 78288-1600
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Dec 20, 2017
                              Form ID: 309I              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust KMcDonald@blankrome.com
          MAHLON J. BOYER    on behalf of Debtor Mark A Wisniewski mjboyer@bhcb.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark A Wisniewski** | Social Security number or ITIN | xxx–xx–7329 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/8/17 |
| Case number: | 17–17598–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark A Wisniewski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11 Whitepine Gulch<br>Reading, PA 19607 | |
| 4. | **Debtor's attorney**<br>Name and address | MAHLON J. BOYER<br>Bingaman Hess Coblentz & Bell PC<br>2 Meridian Blvd.<br>Suite 100<br>Wyomissing, PA 19610 | Contact phone 610–374–8377<br>Email: mjboyer@bhcb.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 12/20/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 16, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>2901 St. Lawrence Ave, Reading, PA 19606 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/17/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/16/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/7/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $384.33 per month for 60 months. **The hearing on confirmation will be held on: 3/1/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |