Certificate Number: 00927-PAE-DE-030458770

Bankruptcy Case Number: 17-17598



00927-PAE-DE-030458770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2018</u>, at <u>9:06</u> o'clock <u>PM EST</u>, <u>MARK A WISNIEWSKI</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 21, 2018</u>            By:    <u>/s/ALEXANDRA M GARCIA for RICHARD A GARCIA</u>

Name:  <u>RICHARD A GARCIA</u>

Title:   <u>PRESIDENT and INSTRUCTOR</u>