# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| MARK A. WISNIEWSKI, | : |
| Debtor | : Bankruptcy No. 17-17598 REF |

\* \* \* \* \* \* \*

**NOTICE OF MOTION AND RESPONSE DEADLINE**

BINGAMAN, HESS, COBLENTZ & BELL P.C. has filed an Application for Compensation and Reimbursement of Expenses with the court for the relief described therein.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 1, 2018 you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

    Clerk, U.S. Bankruptcy Court
    The Madison Building
    400 Washington Street, Suite 300
    Reading, PA  19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

    Mahlon J. Boyer, Esquire
    Bingaman, Hess, Coblentz & Bell, P.C.
    Treeview Corporate Center, Suite 100
    2 Meridian Boulevard
    Wyomissing, PA  19610
    (610) 374-8377
    (610) 376-3105 (FAX)

2. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Date:  July 10, 2018

709591.1