# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| MARK A. WISNIEWSKI, | : |
| Debtor | : Bankruptcy No. 17-17598 REF |

## CERTIFICATE OF NO RESPONSE

I, Mahlon J. Boyer, Esquire, of Bingaman, Hess, Coblentz & Bell, P.C., counsel for the Debtor named above, hereby certify that no answer, objection, or responsive pleading has been filed or served upon me in response to the Application for Compensation and Reimbursement of Expenses of Bingaman, Hess, Coblentz & Bell, P.C.  A Certificate of Service, evidencing service on all required parties in interest has been filed with the Court.

WHEREFORE, Counsel respectfully requests this Honorable Court to enter an Order, substantially in the form of the proposed Order submitted with the Application for Compensation and Reimbursement of Expenses granting Bingaman, Hess, Coblentz & Bell, P.C. approval for the compensation requested therein.

Respectfully submitted,

BINGAMAN, HESS, COBLENTZ & BELL, P.C.

By:    /s/  Mahlon J. Boyer, Esquire
Treeview Corporate Center
2 Meridian Boulevard, Suite 100
Wyomissing, PA  19610
610-374-8377 (Phone)
610-376-3105 (Fax)
mjboyer@BingamanHess.com

Date:  August 2, 2018

709592.1