**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| MARK A. WISNIEWSKI, | : |
|       Debtor | : Bankruptcy No. 17-17598 REF |

## ORDER

Upon consideration of the Application for Compensation and Approval of Expenses by Bingaman, Hess, Coblentz & Bell, P.C., it is hereby

**ORDERED** that the Application for Compensation and Approval of Expenses filed by Bingaman, Hess, Coblentz & Bell, P.C. is hereby approved. The remaining balance of $500.00 shall be paid to Bingaman, Hess, Coblentz & Bell, P.C.

BY THE COURT:

*[signature]*

**Date: August 6, 2018**

709590.1