United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 17-17598-ref
Mark A Wisniewski                                                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR                  Page 1 of 1                  Date Rcvd: Aug 06, 2018
                               Form ID: pdf900              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db            +Mark A Wisniewski,    11 Whitepine Gulch,    Reading, PA 19607-9546
cr            +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: kalthouse@bhcb.com Aug 07 2018 02:04:34      Bingaman Hess,
                ATTN: Mahlon J. Boyer, Esquire,    Treeview Corporate Center,    2 Meridian Boulevard,
                Suite 100,   Wyomissing, PA 19610-3202
cr            +E-mail/Text: ally@ebn.phinsolutions.com Aug 07 2018 02:04:14      Ally Bank,
                serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 02:12:24
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2018 02:11:55      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC heather@mvrlaw.com,
               Michelle@mvrlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MAHLON J. BOYER    on behalf of Debtor Mark A Wisniewski mjboyer@bhcb.com
              MAHLON J. BOYER    on behalf of Attorney    Bingaman Hess mjboyer@bhcb.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| MARK A. WISNIEWSKI, | : |
| Debtor | : Bankruptcy No. 17-17598 REF |

**ORDER**

Upon consideration of the Application for Compensation and Approval of Expenses by Bingaman, Hess, Coblentz & Bell, P.C., it is hereby

**ORDERED** that the Application for Compensation and Approval of Expenses filed by Bingaman, Hess, Coblentz & Bell, P.C. is hereby approved. The remaining balance of $500.00 shall be paid to Bingaman, Hess, Coblentz & Bell, P.C.

BY THE COURT:

**Date: August 6, 2018**

709590.1