**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Mark A Wisniewski | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 17-17598 ref |
| Mark A Wisniewski | Debtor(s) | |
| Scott Waterman Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights under its loan documents, relating to the 2016 TOYOTA RAV4 , VIN:2T3RFREV2GW451970.

Signed this _____ day of _____, 2019.

**Date: March 8, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Mark A Wisniewski
11 Whitepine Gulch
Reading, PA 19607

Mahlon J. Boyer, Esq.
2 Meridian Blvd., Suite 100 (VIA ECF)
Bingaman Hess Coblentz & Bell PC
Wyomissing, PA 19610

Scott Waterman Esq.
4286 St. Lawrence Ave
Suite 1485
Reading, PA 20991

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532