United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-17598-ref
Mark A Wisniewski                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1            Date Rcvd: Mar 08, 2019
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db          +Mark A Wisniewski,    11 Whitepine Gulch,    Reading, PA 19607-9546
cr          +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
              Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: kalthouse@bhcb.com Mar 09 2019 02:46:43      Bingaman Hess,
              ATTN: Mahlon J. Boyer, Esquire,    Treeview Corporate Center,    2 Meridian Boulevard,
              Suite 100,    Wyomissing, PA 19610-3202
cr          +E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2019 02:45:44      Ally Bank,
              serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:56:26
              PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:56:27      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                 TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC heather@mvrlaw.com,
               Michelle@mvrlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MAHLON J. BOYER    on behalf of Debtor Mark A Wisniewski mjboyer@bhcb.com
              MAHLON J. BOYER    on behalf of Attorney    Bingaman Hess mjboyer@bhcb.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
              SCOTT  WATERMAN     ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Mark A Wisniewski | | CHAPTER 13 |
| <u>Debtor(s)</u> | | |
| Toyota Lease Trust | <u>Movant</u> | |
| vs. | | NO. 17-17598 ref |
| Mark A Wisniewski | | |
| <u>Debtor(s)</u> | | |
| Scott Waterman Esq. | | 11 U.S.C. Section 362 |
| <u>Trustee</u> | | |

**<u>ORDER TERMINATING AUTOMATIC STAY</u>**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights under its loan documents, relating to the 2016 TOYOTA RAV4 , VIN:2T3RFREV2GW451970.

Signed this           day of          , 2019.

**Date: March 8, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Mark A Wisniewski
11 Whitepine Gulch
Reading, PA 19607

Mahlon J. Boyer, Esq.
2 Meridian Blvd., Suite 100 (VIA ECF)
Bingaman Hess Coblentz & Bell PC
Wyomissing, PA 19610

Scott Waterman Esq.
4286 St. Lawrence Ave
Suite 1485
Reading, PA 20991

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532