| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-17598-PMM**

MARK A  WISNIEWSKI  
11 WHITEPINE GULCH  
READING  PA    19607

Petition Filed Date: 11/08/2017  
341 Hearing Date: 01/16/2018  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $384.33 | | 02/05/2019 | $384.33 | | 03/07/2019 | $384.33 | |
| 04/05/2019 | $384.33 | | 05/06/2019 | $384.33 | | 06/07/2019 | $384.33 | |
| 07/08/2019 | $384.33 | | 08/05/2019 | $384.33 | | 09/06/2019 | $384.33 | |
| 10/07/2019 | $384.33 | 6198905000 | 11/07/2019 | $384.33 | 6284578000 | 11/07/2019 | $384.33 | 6284578000 |
| 11/07/2019 | $384.33 | 6284578000 | 11/07/2019 | ($384.33) | 6284578000 | 11/07/2019 | ($384.33) | 6284578000 |
| 12/09/2019 | $384.33 | 6356804000 | 01/06/2020 | $384.33 | 6431059000 | 02/06/2020 | $384.33 | 6511248000 |
| 03/09/2020 | $384.33 | 6585580000 | 04/06/2020 | $384.33 | 6672812000 | 05/07/2020 | $384.33 | 6745993000 |
| 06/05/2020 | $384.33 | 6816124000 | 07/06/2020 | $384.33 | 6900068000 | 08/07/2020 | $384.33 | 6969009000 |

**Total Receipts for the Period: $7,686.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,682.89**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BAYVIEW LOAN SERVICING<br>»» 014 | Mortgage Arrears | $2,523.06 | $2,523.06 | $0.00 |
| 12 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $1,948.86 | $245.24 | $1,703.62 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $5,853.36 | $770.48 | $5,082.88 |
| 7 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,167.85 | $272.87 | $1,894.98 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,528.14 | $332.81 | $2,195.33 |
| 11 | MOMA FUNDING LLC<br>»» 011 | Unsecured Creditors | $5,255.22 | $691.65 | $4,563.57 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $4,663.99 | $613.91 | $4,050.08 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,542.47 | $334.61 | $2,207.86 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $7,735.34 | $1,018.14 | $6,717.20 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 01U | Unsecured Creditors | $381.50 | $32.53 | $348.97 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 013 | Unsecured Creditors | $15,475.96 | $2,036.97 | $13,438.99 |

Case 17-17598-pmm    Doc 52    Filed 08/13/20    Entered 08/13/20 15:16:41    Desc Main
Document      Page 2 of 2

**Chapter 13 Case No. 17-17598-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Unsecured Creditors | $2,147.75 | $270.32 | $1,877.43 |
| 5 | USAA FEDERAL SAVINGS BANK<br>»» 005 | Unsecured Creditors | $9,146.54 | $1,203.89 | $7,942.65 |
| 15 | MAHLON J BOYER ESQ<br>»» 015 | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,682.89 | Current Monthly Payment: | $384.33 |
| Paid to Claims: | $10,846.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,106.11 | Total Plan Base: | $23,059.80 |
| Funds on Hand: | $730.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.