| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-17598-PMM

MARK A  WISNIEWSKI  
11 WHITEPINE GULCH  
READING  PA    19607

Petition Filed Date: 11/08/2017  
341 Hearing Date: 01/16/2018  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $384.33 | 6431059000 | 02/06/2020 | $384.33 | 6511248000 | 03/09/2020 | $384.33 | 6585580000 |
| 04/06/2020 | $384.33 | 6672812000 | 05/07/2020 | $384.33 | 6745993000 | 06/05/2020 | $384.33 | 6816124000 |
| 07/06/2020 | $384.33 | 6900068000 | 08/07/2020 | $384.33 | 6969009000 | 09/08/2020 | $384.33 | 7036132000 |
| 10/07/2020 | $384.33 | 7115341000 | 11/06/2020 | $384.33 | 7186957000 | 12/07/2020 | $384.33 | 7266937000 |
| 01/08/2021 | $384.33 | 7336296000 | 02/09/2021 | $384.33 | 7431455000 | 03/08/2021 | $384.33 | 7472327000 |
| 04/08/2021 | $384.33 | 7558505000 | 05/07/2021 | $384.33 | 7624747000 | 06/07/2021 | $384.33 | 7707642000 |

**Total Receipts for the Period: $6,917.94   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,526.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | COMMUNITY LOAN SERVICING LLC »» 014 | Mortgage Arrears | $2,523.06 | $2,523.06 | $0.00 |
| 12 | BANK OF AMERICA NA »» 012 | Unsecured Creditors | $1,948.86 | $360.12 | $1,588.74 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $5,853.36 | $1,116.59 | $4,736.77 |
| 7 | MOMA FUNDING LLC »» 007 | Unsecured Creditors | $2,167.85 | $400.63 | $1,767.22 |
| 10 | MOMA FUNDING LLC »» 010 | Unsecured Creditors | $2,528.14 | $482.27 | $2,045.87 |
| 11 | MOMA FUNDING LLC »» 011 | Unsecured Creditors | $5,255.22 | $1,002.39 | $4,252.83 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,663.99 | $889.71 | $3,774.28 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,542.47 | $484.94 | $2,057.53 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $7,735.34 | $1,475.52 | $6,259.82 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 01U | Unsecured Creditors | $381.50 | $48.91 | $332.59 |
| 13 | USAA FEDERAL SAVINGS BANK »» 013 | Unsecured Creditors | $15,475.96 | $2,952.03 | $12,523.93 |
| 4 | USAA FEDERAL SAVINGS BANK »» 004 | Unsecured Creditors | $2,147.75 | $396.88 | $1,750.87 |

**Chapter 13 Case No. 17-17598-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | USAA FEDERAL SAVINGS BANK<br>»» 005 | Unsecured Creditors | $9,146.54 | $1,744.71 | $7,401.83 |
| 15 | MAHLON J BOYER ESQ<br>»» 015 | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,526.19 | Current Monthly Payment: | $384.33 |
| Paid to Claims: | $14,377.76 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,409.70 | Total Plan Base: | $23,059.80 |
| Funds on Hand: | $738.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.