| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17598-PMM**

MARK A  WISNIEWSKI
11 WHITEPINE GULCH
READING  PA   19607

Petition Filed Date: 11/08/2017
341 Hearing Date: 01/16/2018
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $384.33 | 7558505000 | 05/07/2021 | $384.33 | 7624747000 | 06/07/2021 | $384.33 | 7707642000 |
| 07/08/2021 | $384.33 | 7771125000 | 08/06/2021 | $384.33 | 7834825000 | 09/08/2021 | $384.33 | 7910791000 |
| 10/08/2021 | $384.33 | 7975992000 | 11/08/2021 | $384.33 | 8046429000 | 12/06/2021 | $384.33 | 8107810000 |
| 01/07/2022 | $384.33 | 8170560000 | 02/07/2022 | $384.33 | 8231831000 | 03/07/2022 | $384.33 | 8302776000 |
| 04/08/2022 | $384.33 | 8361859000 | 05/06/2022 | $384.33 | 8434003000 | 06/06/2022 | $384.33 | 8485032000 |
| 07/12/2022 | $384.33 | 8549742000 | | | | | | |

**Total Receipts for the Period: $6,149.28   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,522.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | COMMUNITY LOAN SERVICING LLC<br>»» 014 | Mortgage Arrears | $2,523.06 | $2,523.06 | $0.00 |
| 12 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $1,948.86 | $520.14 | $1,428.72 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $5,853.36 | $1,596.82 | $4,256.54 |
| 7 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,167.85 | $578.62 | $1,589.23 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,528.14 | $689.69 | $1,838.45 |
| 11 | MOMA FUNDING LLC<br>»» 011 | Unsecured Creditors | $5,255.22 | $1,433.56 | $3,821.66 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $4,663.99 | $1,272.41 | $3,391.58 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,542.47 | $693.57 | $1,848.90 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $7,735.34 | $2,110.19 | $5,625.15 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 01U | Unsecured Creditors | $381.50 | $81.78 | $299.72 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 013 | Unsecured Creditors | $15,475.96 | $4,221.77 | $11,254.19 |
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Unsecured Creditors | $2,147.75 | $573.23 | $1,574.52 |

| 5 | USAA FEDERAL SAVINGS BANK<br>»» 005 | Unsecured Creditors | $9,146.54 | $2,495.14 | $6,651.40 |
| 15 | MAHLON J BOYER ESQ<br>»» 015 | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,522.48 | Current Monthly Payment: | $384.33 |
| Paid to Claims: | $19,289.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,832.49 | Total Plan Base: | $23,059.80 |
| Funds on Hand: | $400.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.