United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 17-17598-pmm

Mark A Wisniewski                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                                Page 1 of 3

Date Rcvd: Dec 20, 2022               Form ID: 138OBJ                       Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A Wisniewski, 11 Whitepine Gulch, Reading, PA 19607-9546 |
| 14032724 | + | Ally Bank, c/o Regina Cohen, Esq., 190 North Independence Mall West, Ste 50, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14011225 | | Ally Financial, 2000 Renaissance Center, Detroit, MI 48243 |
| 14513814 | + | BAYVIEW LOAN SERVICING, LLC., c/o Daniel P. Jones, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14011228 | | Bayview Loan Servicing, LLC, P.O. Box 650091, Dallas, TX 75265-0091 |
| 14054276 | + | Bayview Loan Servicing, LLC, c/o Heather S. Riloff, Esq., 649 South Avenue, Secane, PA 19018-3541 |
| 14011233 | | John M. Tinari, III, 11 Whitepine Gulch, Reading, PA 19607-9546 |
| 14011236 | + | Synch/American Eagle Dc, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14054277 | + | USAA Federal Savings Bank, c/o Lisa Cancanon, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14016830 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14621407 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2022 00:15:04 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14011224 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Financial, Payment Processing Center, P.O. Box 9001952, Louisville, KY 40290-1952 |
| 14011226 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2022 00:08:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14091237 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 21 2022 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14011227 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 21 2022 00:08:00 | Barclays Bank Delaware, 100 West Street, Wilmington, DE 19801-5015 |
| 14091902 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 21 2022 00:08:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14011229 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 00:14:58 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14011231 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 00:08:00 | Comenitycap/Boscovs, P.O. Box 183003, Columbus, OH 43218-3003 |

Case 17-17598-pmm  Doc 65  Filed 12/22/22  Entered 12/23/22 00:34:06  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14552807 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 21 2022 00:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14011232 | | Email/Text: mrdiscen@discover.com | Dec 21 2022 00:08:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14018448 | | Email/Text: mrdiscen@discover.com | Dec 21 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14011230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2022 00:15:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14021885 | | Email/PDF: cbp@onemainfinancial.com | Dec 21 2022 00:15:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14011234 | + | Email/PDF: cbp@onemainfinancial.com | Dec 21 2022 00:15:01 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14058836 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:14:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14024396 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 00:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14011235 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 00:15:04 | Syncb/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14012612 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 00:14:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14011237 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 21 2022 00:08:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 14016649 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 21 2022 00:08:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14325372 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:14:58 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14019435 | ^ | MEBN | Dec 21 2022 00:07:49 | Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14021681 | + | Email/Text: RASEBN@raslg.com | Dec 21 2022 00:08:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbott's Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 14011238 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 21 2022 00:08:00 | USAA Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14091266 | + | Email/Text: RASEBN@raslg.com | Dec 21 2022 00:08:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14011239 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 21 2022 00:08:00 | USAA Savings Bank, 10750 McDermott, San Antonio, TX 78288-1600 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14115026 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 38

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

**Name** | **Email Address**

CHARLES GRIFFIN WOHLRAB
　　on behalf of USAA Federal Savings Bank cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
　　on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

DANIEL P. JONES
　　on behalf of Creditor BAYVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

HEATHER STACEY RILOFF
　　on behalf of Creditor BAYVIEW LOAN SERVICING LLC logsecf@logs.com, Michelle@mvrlaw.com

KEVIN G. MCDONALD
　　on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

LISA CANCANON
　　on behalf of Creditor USAA Federal Savings Bank LisaC@w-legal.com Llombardi06@law.du.edu

MAHLON J. BOYER
　　on behalf of Attorney Bingaman Hess mjboyer@bhcb.com

MAHLON J. BOYER
　　on behalf of Debtor Mark A Wisniewski mjboyer@bhcb.com

MATTEO SAMUEL WEINER
　　on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

REGINA COHEN
　　on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark A Wisniewski
        Debtor(s)                                  Case No: 17−17598−pmm

                                                                             Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22